UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID ARTURI,

                Plaintiff,

– against –

NIFTY TECHNOLOGIES, INC., and SHIV KAPOOR,

                Defendants.

**ORDER**

21 Civ. 1270 (ER)

RAMOS, D.J.:

The Court held a telephonic conference in this matter on November 19, 2021. At the conference, the parties were directed to submit on consent a discovery schedule by December 7, 2021. As this date has now passed and no discovery schedule has been filed, the parties are again directed to submit a discovery schedule on consent by Friday, December 17, 2021.

    SO ORDERED.

Dated:   December 15, 2021
           New York, New York

                                            Edgardo Ramos, U.S.D.J.